```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----

KLAMATH-SISKIYOU WILDLANDS
CENTER, ENVIRONMENTAL PROTECTION
INFORMATION CENTER, and KLAMATH
FOREST ALLIANCE,

          Plaintiffs,              CIV. NO. 2:09-2249 WBS GGH

vs.

PATRICIA A. GRANTHAM, Klamath
National Forest Supervisor, and
UNITED STATES FOREST SERVICE,      NON-RELATED CASE ORDER

          Defendants.
_____/

KLAMATH-SISKIYOU WILDLANDS
CENTER, ENVIRONMENTAL
PROTECTION INFORMATION CENTER,
KLAMATH FOREST ALLIANCE, and
CENTER FOR BIOLOGICAL DIVERSITY,

          Plaintiffs,              CIV. NO. 2:10-2350 GEB CMK

vs.

PATRICIA A. GRANTHAM, Klamath
National Forest Supervisor, and
UNITED STATES FOREST SERVICE,

          Defendants.
_____/
```

1 | ----oo0oo----
2 | 　　　　　The undersigned has considered the Notice of Related
3 | cases filed in the above-captioned matters and determined that
4 | relating the cases under Local Rule 123 will not "effect a
5 | savings of judicial effort or other economies" because the first
6 | action was dismissed without prejudice before the undersigned
7 | considered or decided any of the issues in that case.
8 | Accordingly, the above-entitled actions should not be related.
9 | 　　　　　IT IS SO ORDERED.
10 | DATED:   September 7, 2010

　　　　　　　　　　　　/s/ William B. Shubb
　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE