```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10                          ----oo0oo----
11  KLAMATH-SISKIYOU WILDLANDS
    CENTER, ENVIRONMENTAL PROTECTION
12  INFORMATION CENTER, and KLAMATH
    FOREST ALLIANCE,
13
              Plaintiffs,           CIV. NO. 2:09-2249 WBS GGH
14  vs.
15  PATRICIA A. GRANTHAM, Klamath
    National Forest Supervisor, and
16  UNITED STATES FOREST SERVICE,   NON-RELATED CASE ORDER
17            Defendants.
    _____/
18
19  KLAMATH-SISKIYOU WILDLANDS
    CENTER, ENVIRONMENTAL
20  PROTECTION INFORMATION CENTER,
    KLAMATH FOREST ALLIANCE, and
21  CENTER FOR BIOLOGICAL DIVERSITY,
22            Plaintiffs,           CIV. NO. 2:10-2350 GEB CMK
23  vs.
24  PATRICIA A. GRANTHAM, Klamath
    National Forest Supervisor, and
25  UNITED STATES FOREST SERVICE,
26            Defendants.
    _____/
27
28
```

|   |   |
|---|---|
| 1 | ----oo0oo---- |
| 2 | The undersigned has considered the Notice of Related |
| 3 | cases filed in the above-captioned matters and determined that |
| 4 | relating the cases under Local Rule 123 will not "effect a |
| 5 | savings of judicial effort or other economies" because the first |
| 6 | action was dismissed without prejudice before the undersigned |
| 7 | considered or decided any of the issues in that case. |
| 8 | Accordingly, the above-entitled actions should not be related. |
| 9 | IT IS SO ORDERED. |
| 10 | DATED:   September 7, 2010 |

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE