IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICIA A. GRANTHAM, *et al.*, <br><br> Defendants. | No. 2:10-cv-02350-GEB-CMK <br><br> STIPULATION AND ORDER SETTING BRIEFNG SCHEDULE AND ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> Date:    September 27, 2010 <br><br> Time:  9:00 a.m. <br><br> Courtroom No.  3 <br><br> Hon. Garland E. Burrell, Jr. |

*Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
Stipulation and Proposed Order Setting Briefing Schedule and Oral Argument

Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, Klamath Forest Alliance, and Center for Biological Diversity and Federal Defendants Patricia A. Grantham and U.S. Forest Service have met and conferred, along with prospective Intervenor-Defendants South Bay Timber and Rough and Ready Lumber (collectively "the Parties"), concerning a proposed briefing schedule and oral argument on Plaintiffs' motion for preliminary injunction, which Plaintiffs anticipate filing concurrently with this Stipulation and Proposed Order.  Accordingly, the Parties hereby stipulate, subject to Court approval, as follows:

1. Plaintiffs will file their motion and supporting papers on September 10, 2010.
2. The Federal Defendants and Intervenor-Defendants will file their opposition papers on September 17, 2010.
3. Memoranda of law will not exceed 35 pages.
4. Subject to the Court's availability and Court approval of this Stipulation, oral argument will be held on September 27, 2010.
5. The purchaser of the sale, South Bay Timber, and the mill where the timber will be processed, Rough and Ready Lumber, will file a motion to intervene.  The parties will not oppose the motion.
6. The Plaintiffs agree not to seek a preliminary injunction against timber harvest, removal of timber, or other management activities in units 205, 206, 207, and 208.  The Federal Defendants, South Bay Timber, and Rough and Ready Lumber agree to limit timber harvest and removal and other management activities to units 205, 206, 207, and 208 when they begin operations on the sale.  Prior to September 27, the Federal Defendants, South Bay Timber, and Rough and Ready Lumber agree to give Plaintiffs seven days' notice before timber harvest begins in any other unit of the sale, so that Plaintiffs may seek a temporary restraining order if Plaintiffs choose to do so prior to September 27.
7. This Stipulation is intended to establish and allow for an orderly schedule for the briefing and disposition of Plaintiffs' motion for preliminary injunction and to protect the parties' respective rights and interests pending briefing and oral argument; accordingly, it shall not be deemed, in an

*Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
Stipulation and Proposed Order Setting Briefing Schedule and Oral Argument                    1

1  of itself, to confer "prevailing party" status on Plaintiffs or otherwise to support a claim for

2  attorneys' fees or costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, or other fee-

3  shifting statute or authority.

4  SO STIPULATED

5          FOR THE PLAINTIFFS

6  DATED:  September 10, 2010    /s/*Susan Jane M. Brown*
(as authorized on September 10, 2010)
Susan Jane M. Brown, Staff Attorney
Western Environmental Law Center
4107 N.E. Couch Street
Portland, Oregon  97232
Tel:  (503)-914-1323
Fax:  (541) 485-2475
E-mail:  brown@westernlaw.org

12  DATED:  September 10, 2010    FOR THE FEDERAL DEFENDANTS

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:  (415) 744-6491
Fax:  (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

        FOR THE INTERVENOR-DEFENDANTS

22  DATED:  September 10, 2010    /s/*Scott W. Horngren*
(as authorized on September 10, 2010)
Scott W. Horngren
American Forest Resource Council
5100 SW Macadam Ave.  Suite 350
Portland, Oregon  97239
Tel:  (503) 222-9505
Fax:  (503) 222-3255
Email:  shorngren@amforest.org

ORDER

In consideration of the foregoing Stipulation, it is hereby ORDERED that the Stipulation is GRANTED.  It is further ordered that oral argument on Plaintiffs' Motion for Preliminary Injunction will be held on September 27, 2010, at 9:00 a.m.

SO ORDERED.

```
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that I, on September 10, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 10, 2010         /s/*David B. Glazer*
                                                   David B. Glazer

*Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
Stipulation and Proposed Order Setting Briefing Schedule and Oral Argument                    4