IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
KLAMATH-SISKIYOU WILDLANDS       )
CENTER, ENVIRONMENTAL            )   2:10-cv-02350-GEB-CMK
PROTECTION INFORMATION CENTER,   )
KLAMATH FOREST ALLIANCE, and     )
CENTER FOR BIOLOGICAL DIVERSITY, )   ORDER GRANTING MOTION TO
                                 )   INTERVENE*
              Plaintiffs,        )
                                 )
         v.                      )
                                 )
PATRICIA A. GRANTHAM, Klamath    )
National Forest Supervisor, and  )
UNITED STATES FOREST SERVICE,    )
SOUTH BAY TIMBER, LLC, and ROUGH )
AND READY LUMBER, LLC,           )
                                 )
              Defendants.        )
_____)
```

    South Bay Timber, LLC and Rough and Ready Lumber, LLC move to intervene as defendant-intervenors under Federal Rule of Civil Procedure ("Rule") 24, arguing 1) their motion is timely since the complaint was only recently filed on August 31, 2010; 2) they have an interest in the property which is the subject of the action since "South Bay Timber is the small business that has the [contract] for the Panther Sale and . . . Rough and Ready is the small business mill where the logs will be processed into lumber[;] 3) they are so situated that without intervention, the disposition of the action may impair . . . their

---

   * This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

ability to protect their interest in the harvest; and 4) their private, economic interests are not adequately represented by the existing parties. (Mem. of P.&A. in Supp. of Mot. to Intervene 3:6-9, 3:14-15, 4:10-12, 4:21-24, 5:12-13.) The motion is unopposed. (Stip. and Proposed Order Setting Briefing Schedule, ¶ 5, ECF No. 16.)

Since South Bay Timber, LLC and Rough and Ready Lumber, LLC have shown that they are entitled to intervene in this action as defendant-intervenors, their motion to intervene is granted.

IT IS SO ORDERED.

Dated:  September 21, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge