IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICIA A. GRANTHAM, *et al.*, <br><br> Defendants. | No. 2:10-cv-02350-GEB-CMK <br><br> STIPULATION OF THE PARTIES AND [PROPOSED] ORDER CONTINUING DEADLINES <br><br> Date:   N/A <br><br> Time:  N/A <br><br> Courtroom No.  3 <br><br> Hon. Garland E. Burrell, Jr. |

*Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
Stipulation of the Parties and Proposed Order Continuing Deadlines

Federal Defendants Patricia A. Grantham and the U.S. Forest Service; Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, Klamath Forest Alliance, and Center for Biological Diversity; and Intervenor-Defendants South Bay Timber LLC and Rough and Ready Lumber LLC hereby stipulate, subject to Court approval pursuant to Civil L.R. 144, that the Federal Defendants may have a 90-day extension from December 6, 2010, to respond to Plaintiffs' complaint and that other dates may be extended for an equal amount of time.

In support of this Stipulation, the parties represent as follows:

1.  The Federal Defendants' response to the complaint was originally due November 8, 2010.

2.  Plaintiffs took an appeal from the Court's denial of their motion for preliminary injunction (Order of Oct. 8, 2010 [Dkt. #41]), on October 14, 2010 [Dkt. #42].

3.  On November 8, 2010, the parties stipulated, pursuant to Local Civil Rule 144(a), that the Federal Defendants could have an initial 28-day extension of time, to December 6, 2010, to respond to the complaint [Dkt. #53].

4.  Pursuant to the Ninth Circuit's scheduling order, briefing of the pending appeal will be completed by December 23, 2010.  (Order of Oct. 20, 2010 [DktEntry #3].)

5.  A status (pretrial scheduling) conference has been set for January 31, 2011.  (Order of Sept. 1, 2011 [Dkt. #5] ¶ 1.)  Not less than twenty-one days before the status conference, the parties are required to develop a discovery plan; the parties are required to file a Joint Status Report not less than fourteen days before the conference.  (*Id*. ¶¶ 5, 6.)

6.  In light of the pending appeal, and subject to Court approval, the parties believe that it would be reasonable to defer the Federal Defendants' obligation to respond to the complaint for 90 days, which would make a response due on March 6, 2011.  The parties also believe that the status conference and associated deadlines should also be continued by 90 days.  Under that schedule, the status conference would be reset for May 2, 2011 (or such other time as may be convenient for the Court), and the discovery plan and Joint Status Report would be due not less than 21 and 14 days, respectively, prior to the conference.

*Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
Stipulation of the Parties and Proposed Order Continuing Deadlines                                         1

1 | SO STIPULATED:

2 |                    FOR THE PLAINTIFFS

3 | DATED:  December 20, 2010      /s/*Susan Jane M. Brown*
(as authorized on Dec. 2, 2010)
SUSAN JANE M. BROWN
Western Environmental Law Center
4107 N.E. Couch Street
Portland, Oregon  97232
Tel:  (503)-914-1323
Fax:  (541) 485-2475
E-mail:  brown@westernlaw.org

DATED:  December 20, 2010      FOR THE FEDERAL DEFENDANTS

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:  (415) 744-6491
Fax:  (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

                 FOR THE INTERVENOR-DEFENDANTS

DATED:  December 20, 2010      /s/*Scott W. Horngren*
(as authorized on Dec. 2, 2010)
SCOTT W. HORNGREN
American Forest Resource Council
5100 SW Macadam Ave.  Suite 350
Portland, Oregon  97239
Tel:  (503) 222-9505
Fax:  (503) 222-3255
Email:  shorngren@amforest.org

---

*Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
Stipulation of the Parties and Proposed Order Continuing Deadlines          2

ORDER

In consideration of the foregoing Stipulation, good cause having been shown, it is hereby ORDERED that the Stipulation is GRANTED and that the Federal Defendants may have until March 6, 2011, to respond to the complaint.  It is further ORDERED that

1. The status (pretrial scheduling) conference, currently set for January 31, 2011, is rescheduled for May 9, 2011 at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

2. The parties shall, as appropriate, meet and confer on a discovery plan no later than 21 days prior to the status conference and shall submit a Joint Status Report not less than 14 days prior to the conference.

SO ORDERED.

12/20/10

GARLAND E. BURRELL, JR.
United States District Judge

*Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
Stipulation of the Parties and Proposed Order Continuing Deadlines                                    3