IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICIA A. GRANTHAM, *et al.*, <br><br> Defendants. | No. 2:10-cv-02350-GEB-CMK <br><br> STIPULATION OF THE PARTIES AND [PROPOSED] ORDER CONTINUING DEADLINES <br><br> Date:   N/A <br><br> Time:   N/A <br><br> Courtroom No.  3 <br><br> Hon. Garland E. Burrell, Jr. |

*Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
Stipulation of the Parties and Proposed Order Continuing Deadlines

Federal Defendants Patricia A. Grantham and the U.S. Forest Service; Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, Klamath Forest Alliance, and Center for Biological Diversity; and Intervenor-Defendants South Bay Timber LLC and Rough and Ready Lumber LLC hereby stipulate, subject to Court approval pursuant to Civil L.R. 144, that the currently scheduled dates in this case be continued as set forth below.

In support of this Stipulation, the parties represent as follows:

1. The Federal Defendants' response to the complaint was originally due November 8, 2010.

2. Plaintiffs took an appeal from the Court's denial of their motion for preliminary injunction (Order of Oct. 8, 2010 [Dkt. #41]), on October 14, 2010 [Dkt. #42].

3. On November 8, 2010, the parties stipulated, pursuant to Local Civil Rule 144(a), that the Federal Defendants could have an initial 28-day extension of time, to December 6, 2010, to respond to the complaint [Dkt. #53].

4. The Federal Defendants' response to the complaint is currently due on March 6, 2011 (Order of Dec. 21, 2010 [Dkt. #56].)

5. Oral argument on Plaintiffs' appeal is scheduled for March 16, 2011.

6. A status (pretrial scheduling) conference has been continued from January 31, 2011, to May 9, 2011. (Order of Dec. 21, 2010 [Dkt. #56] ¶ 1.) Not less than twenty-one days before the status conference, the parties are required to develop a discovery plan, and the parties are required to file a Joint Status Report not less than fourteen days before the conference. (*Id*. ¶ 2.)

7. In light of the pending appeal, and subject to Court approval, the parties believe that it would be reasonable to defer the Federal Defendants' obligation to respond to the complaint until a date 21 days after the Ninth Circuit's ruling on Plaintiffs' appeal, or July 11, 2011, whichever is later. On that date, the parties will to file a further status report with the Court, notifying the Court of the Ninth Circuit's decision. At that time, as appropriate, the Court may reset the status (pretrial scheduling) conference and dates for the discovery plan and Joint Status Report.

*Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
Stipulation of the Parties and Proposed Order Continuing Deadlines                          1

1  SO STIPULATED:

2                                              FOR THE PLAINTIFFS

3  DATED:  March 1, 2011                       /s/*Susan Jane M. Brown*
                                                (as authorized on February 28, 2011)
4                                               SUSAN JANE M. BROWN
                                                Western Environmental Law Center
5                                               4107 N.E. Couch Street
                                                Portland, Oregon  97232
6                                               Tel:  (503)-914-1323
                                                Fax:  (541) 485-2475
7                                               E-mail:  brown@westernlaw.org

8  DATED:  March 1, 2011                       FOR THE FEDERAL DEFENDANTS

9                                               IGNACIA S. MORENO
                                                Assistant Attorney General
10                                              Environment & Natural Resources Division

11                                              /s/*David B. Glazer*
                                                DAVID B. GLAZER
12                                              Natural Resources Section
                                                Environment & Natural Resources Division
13                                              United States Department of Justice
                                                301 Howard Street, Suite 1050
14                                              San Francisco, California
                                                Tel:  (415) 744-6491
15                                              Fax:  (415) 744-6476
                                                E-mail:  David.Glazer@usdoj.gov
16

17                                              FOR THE INTERVENOR-DEFENDANTS

18  DATED:  March 1, 2011                      /s/*Scott W. Horngren*
                                                (as authorized on February 28, 2011)
19                                              SCOTT W. HORNGREN
                                                American Forest Resource Council
20                                              5100 SW Macadam Ave.  Suite 350
                                                Portland, Oregon  97239
21                                              Tel:  (503) 222-9505
                                                Fax:  (503) 222-3255
22                                              Email:  shorngren@amforest.org

23

24

25

26

27

28  *Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
    Stipulation of the Parties and Proposed Order Continuing Deadlines                          2

ORDER

In consideration of the foregoing Stipulation, good cause having been shown, it is hereby ORDERED that the Stipulation is GRANTED. It is further ORDERED that

1. The Federal Defendants' response to Plaintiffs' complaint shall be due 21 days from the date of the Ninth Circuit's decision on Plaintiffs' appeal of this Court's Order of Oct. 8, 2010 [Dkt. #41], or July 11, 2011, whichever is later; and that

2. On the date the Federal Defendants' response to Plaintiffs' complaint is due, the parties shall file with the Court a status report notifying the Court that the Ninth Circuit has issued a decision on Plaintiffs' appeal and that further proceedings may need to be scheduled in this case.

SO ORDERED.

**Date: 3/1/2011**

GARLAND E. BURRELL, JR.
United States District Judge

*Klamath-Siskiyou Wildlands Center, et al. v. Grantham, et al.*, No. 2:10-cv-02350-GEB-CMK
Stipulation of the Parties and Proposed Order Continuing Deadlines                                                                              3