Liz Crosson (CA # 262178)
252 Ruth Ave
Venice, CA 90291
(541) 944-5589
lizcrosson@gmail.com

LOCAL COUNSEL

Susan Jane M. Brown (WSB #31224, OSB #05460) Pro Hac Vice
Western Environmental Law Center
4107 NE Couch St.
Portland, OR.  97232
Ph. 503-914-1323
brown@westernlaw.org

LEAD COUNSEL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, KLAMATH FOREST ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICIA A. GRANTHAM, Klamath National Forest Supervisor; UNITED STATES FOREST SERVICE; ROUGH AND READY LUMBER, LLC; and SOUTH BAY TIMBER, LLC,<br><br>Defendants. | Civ. Case No. 2:10−02350−GEB−CMK<br><br>STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE AND [PROPOSED] ORDER |

PAGE 1 – STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE AND [PROPOSED] ORDER

Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, Klamath Forest Alliance, and Center for Biological Diversity (Plaintiffs), Defendants Patricia A. Grantham and United States Forest Service (Defendants), and Rough and Ready Lumber LLC and South Bay Timber LLC (Defendants-Intervenors) submit this stipulation and proposed order voluntarily dismissing with prejudice the above captioned action.

On March 25th 2011, the Ninth Circuit Court of Appeals issued a Memorandum Opinion and Order affirming this court's October 8th 2010 decision denying Plaintiffs' motion for a preliminary injunction in the above captioned case. Plaintiffs believe that in the interest of judicial and attorney economy, continued prosecution of this case is not warranted. Therefore, the parties hereby stipulate to voluntarily dismiss with prejudice this action, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

It is stipulated by the parties that the claims in Plaintiffs' complaint are voluntarily dismissed with prejudice under Rule 41(a) according to the following terms:

1. The claims in Plaintiffs' complaint are voluntarily dismissed with prejudice; and

2. All parties agree that each party will bear its own costs and attorney fees in the district and appellate court.

Although it appears that no Court action is required, a proposed order granting the requested relief is provided.

IT IS SO STIPULATED.

Respectfully submitted this 21st day of May, 2011.

    /s/ Susan Jane M. Brown   .
Susan Jane M. Brown (WSB #31224, OSB #05460)
Pro Hac Vice
Western Environmental Law Center
4107 NE Couch St.
Portland, OR. 97232
Ph. 503-914-1323
brown@westernlaw.org

LEAD COUNSEL

PAGE 2 – STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE AND [PROPOSED] ORDER

|   |   |   |
|---|---|---|
| 1 |  | Liz Crosson (CA # 262178) |
| 2 |  | 252 Ruth Ave |
|   |  | Venice, CA 90291 |
| 3 |  | (541) 944-5589 |
| 4 |  | lizcrosson@gmail.com |
| 5 |  | LOCAL COUNSEL |
| 6 |  | *Attorneys for Plaintiffs* |
| 7 | . |  |
| 8 | DATED:  May 24, 2011 | FOR THE FEDERAL DEFENDANTS |
| 9 |  | IGNACIA S. MORENO |
|   |  | Assistant Attorney General |
| 10 |  | Environment & Natural Resources Division |
| 11 |  | /s/*David B. Glazer* |
|   |  | (as authorized on May 20, 2011) |
| 12 |  | DAVID B. GLAZER |
|   |  | Natural Resources Section |
| 13 |  | Environment & Natural Resources Division |
|   |  | United States Department of Justice |
| 14 |  | 301 Howard Street, Suite 1050 |
|   |  | San Francisco, California |
| 15 |  | Tel:  (415) 744-6491 |
|   |  | Fax:  (415) 744-6476 |
| 16 |  | E-mail:  David.Glazer@usdoj.gov |
| 17 |  | FOR THE INTERVENOR-DEFENDANTS |
| 18 | DATED:  May 24, 2011 | /s/*Scott W. Horngren* |
|   |  | (as authorized on April 22, 2011) |
| 19 |  | SCOTT W. HORNGREN |
|   |  | American Forest Resource Council |
| 20 |  | 5100 SW Macadam Ave.  Suite 350 |
|   |  | Portland, Oregon  97239 |
| 21 |  | Tel:   (503) 222-9505 |
| 22 |  | Fax:  (503) 222-3255 |
|   |  | Email:  shorngren@amforest.org |
| 23 |  |  |
|   |  | Dennis L. Porter (Cal. Bar #67176) |
| 24 |  | Attorney at Law |
| 25 |  | 8120 36th Avenue |
|   |  | Sacramento, California 95824-2304 |
| 26 |  | Telephone: (916) 381-8300 |
|   |  | Fax: (916) 381-8726 |
| 27 |  | dlporter2@yahoo.com |
| 28 |  |  |
|   |  | *Attorneys for Defendant-Intervenors* |

PAGE 3 – STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE AND [PROPOSED] ORDER

[PROPOSED] ORDER

Upon consideration of the above Stipulation, it is hereby ORDERED that this matter is hereby voluntarily dismissed with prejudice.

IT IS SO ORDERED.

**Date:  5/24/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge